**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6407**

———————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ANIF CHRISTOPHER WILLIAMS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.   James P. Jones, District Judge.  (3:93-cr-00010-JPJ-2)

———————

Submitted:  May 19, 2015                     Decided:  May 22, 2015

———————

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Anif Christopher Williams, Appellant Pro Se. Jennie L. M. Waering, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anif Christopher Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, No. 3:93-cr-00010-JPJ-2 (W.D. Va. Feb. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED